**WEI TANG CHEN, Plaintiff— Appellant,**

v.

**State of WASHINGTON, Defendant— Appellee.**

**No. 05–35838.**

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2006.[*]

Filed March 29, 2006.

Wei Tang Chen, Airway Heights, WA, pro se.

Before: CANBY, BEEZER, and KOZINSKI, Circuit Judges.

MEMORANDUM [**]

Wei Tang Chen, a Washington state prisoner, appeals pro se from the district court's judgment dismissing without prejudice his 42 U.S.C. § 1983 action alleging constitutional violations led to his criminal conviction. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal pursuant to *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). *Osborne v. Dist. Atty's Office for the Third Judicial Dist.,* 423 F.3d 1050, 1052 (9th Cir.2005). We affirm.

The district court properly dismissed Chen's action, because, if successful, it would necessarily implicate the validity of

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

his conviction, and accordingly his only remedy is a writ of habeas corpus. *See Heck,* 512 U.S. at 486–87, 114 S.Ct. 2364.

Chen's remaining contentions lack merit.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.